O

# United States District Court
# Central District of California

| | |
|---|---|
| SHARON WILSON,<br>Plaintiff,<br>v.<br>RAISING CANE'S RESTAURANTS, L.L.C. et al.,<br>Defendants. | Case № 2:26-cv-09270-ODW (ctsx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [14]** |

///
///
///
///
///
///
///
///
///
///
///

Defendants served Plaintiff with a Federal Rule of Civil Procedure ("Rule") 12(b)(6) motion to dismiss in this case on September 4, 2026. (Dkt. No. 14.) On September 25, 2026, Plaintiff filed a First Amended Complaint, twenty-one days after Defendants filed their motion. (Dkt. No. 22.) Rule 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The October 5, 2026 hearing is accordingly **VACATED**.

**IT IS SO ORDERED.**

September 28, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**